AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
           Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE                    District of             PUERTO RICO

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| ORLANDO COLON-SANTIAGO | Case Number:    91-CR-329 (JP) |
| | USM Number:    3 |
| | CARLOS VAZQUEZ-ALVAREZ |
| | Defendant's Attorney |

**THE DEFENDANT:**

X   admitted guilt to violation of condition(s)  TWO  of the term of supervision.

☐   was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition (2) | Failure to participate in substance abuse treatment program. | 6/19/05; 8/29/05; 9/22/05;10/18/05 |
| | Failure to report for drug testing. | 7/14/05;8/29/05; 9/19/05 |
| | Tested positive for the use of drug. | 3/24/05; 7/12/05; 9/6/05 |

        The defendant is sentenced as provided in pages 2 through   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

        It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address: _____

Defendant's Mailing Address: _____

NOVEMBER 7, 2005
Date of Imposition of Judgment

S/ Jaime Pieras, Jr.
Signature of Judge

JAIME PIERAS, JR., U.S. DISTRICT COURT
Name and Title of Judge

NOVEMBER 7, 2005
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: ORLANDO COLON-SANTIAGO | Judgment — Page 2 of 2 |
| CASE NUMBER: 91-CR-329 (3) (JP) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : **THIRTY-SIX (36) MONTHS.**

X   The court makes the following recommendations to the Bureau of Prisons:
    **IT IS HIGHLY RECOMMENDED THAT DEFENDANT BE AFFORDED SUBSTANCE ABUSE TREATMENT.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐  at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐  before 2 p.m. on _____ .

   ☐  as notified by the United States Marshal.

   ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL